# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  No.  4:20 CR 626 HEA |
| | ) |
| **MARK A. BENNETT,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF RESTITUTION REQUEST & VICTIM IMPACT STATEMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Sayler A. Fleming, and Jillian S. Anderson, Assistant United States Attorney for said district, and notifies the Court as follows:

1. The Government has received a victim impact statement from the mother of the victim. It is attached hereto. No further victim impact statements have been received by the Government.

2. The Government has received a request for restitution on behalf of the victim. Further, the parties have reached an agreement to make a joint and stipulated request for an order of $8,000.00 in restitution at the time of the sentencing hearing.

Respectfully submitted:

SAYLER A. FLEMING
United States Attorney

 *s/Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
Jillian.anderson@usdoj.gov

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on August 9, 2022.

                                           *s/ Jillian S. Anderson*
                                           JILLIAN S. ANDERSON, #53918(MO)
                                           Assistant United States Attorney
                                           jillian.anderson@usdoj.gov